UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYANN FLINT,

    Plaintiff,

v.

ALOHA POKE FAIRHAVEN, LLC,

    Defendant.

C17-770 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' joint motion for extension of time, docket no. 10, is GRANTED. The deadline for filing a joint status report is hereby EXTENDED to October 5, 2017.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of September, 2017.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1