UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYANN FLINT,<br><br>                Plaintiff,<br><br>  v.<br><br>ALOHA POKE FAIRHAVEN, LLC,<br><br>                Defendant. | C17-770-TSZ<br><br>ORDER |

        This matter having come before the Court on parties Joint Motion to Extend Deadlines to Joint Status Report and Discovery Plan, docket no. 12, and the Court having reviewed the same,

        IT IS HEREBY ORDERED that the Joint Motion to Extend Deadline to file Joint Status Report, is GRANTED. The deadline to file Joint Status Report and Discovery plan is extended to December 11, 2017.

        DATED this the 12th date of October, 2017.

                                                           _____
                                                             Thomas S. Zilly
                                                             United States District Judge

ORDER - 1

Presented by:

By:   /s/ Ivan M. Stoner
     Ivan M. Stoner, Esq., 43321
     Jeffrey P. Fairchild, Esq., #18895
     Adelstein, Sharpe & Serka, LLP
     Attorneys for Defendants
     400 N. Commercial
     Bellingham, Washington 98225
     Telephone: (360) 671-6565
     Facsimile: (360) 647-8148
     Email: istoner@adelstein.com
           jfairchild@adelstein.com

By:   /s/ Bridget Bourgette Shaw
     Bridget Bourgette Shaw, Esq.
     WSBA 28850
     Shaw Law Group, PLLC
     323 1st Avenue West
     Seattle, WA 98109
     Telephone: (206) 623-1225
     Facsimile: (206) 283-0923
     Email: bridget@shawlawgrouppllc.com
     *Local Counsel for Plaintiff*