UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYANN FLINT,

                Plaintiff,

     v.

ALOHA POKE FAIRHAVEN LLC,

                Defendant.

C17-770 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     The parties are ORDERED to show cause by January 26, 2018, why this action should not be dismissed for failing to comply with the Court's Order, docket no. 13, requiring the parties to submit their Joint Status Report by December 11, 2017. Absent timely response to this Minute Order, this action shall be DISMISSED without prejudice.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of December, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1